UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **KEEN CONCRETE, INC.,** | ) | Bankruptcy No. 15-01931 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

THOMAS R HITCHCOCK
53 WEST JACKSON BLVD.
SUITE 724
Chicago, IL 60604

**VIA REGULAR MAIL**

KEEN CONCRETE,INC,
515 Valley Forge Ave
South Elgin, IL 60177

LOIS WEST, CPA
Kutchins, Robbins, & Diamond, Ltd.
35 E. Wacker Drive, Suite #1550
Chicago, IL 60601

Pekin Insurance
Teller, Levit & Silvertrust P.C.
19 South LaSalle Street, Suite 701
Chicago, IL 60603

Trustees of the Cement Masons Pem
C/O Arnold and Kadjan
203 N. LaSalle St.,
Suite 1650
Chicago, IL 60601

Fox Valley Laborers' Health & Welfare and Pension
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000