**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEEN CONCRETE,INC, § Case No. 15-01931
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $600.00                                  Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,828.64                Claims Discharged
                                                            Without Payment: N/A

Total Expenses of Administration: $10,227.71

3) Total gross receipts of $ 21,056.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,056.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,227.71 | 10,227.71 | 10,227.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 86,574.25 | 86,574.25 | 10,828.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $96,801.96 | $96,801.96 | $21,056.35 |

4) This case was originally filed under Chapter 7 on January 21, 2015. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2018           By: /s/THOMAS E. SPRINGER
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank checking accounts | 1221-000 | 5,292.80 |
| Account receivable; Lamp Inc. | 1221-000 | 15,740.00 |
| Refund from IRS from 6/2014 for 941 | 1224-000 | 23.55 |
| **TOTAL GROSS RECEIPTS** | | **$21,056.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,855.64 | 2,855.64 | 2,855.64 |
| Other - LOIS WEST, CPA | 3410-000 | N/A | 1,096.50 | 1,096.50 | 1,096.50 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 6.72 | 6.72 | 6.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 5,684.00 | 5,684.00 | 5,684.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 2.69 | 2.69 | 2.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.04 | 33.04 | 33.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.98 | 28.98 | 28.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.94 | 32.94 | 32.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.89 | 29.89 | 29.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.86 | 28.86 | 28.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.80 | 31.80 | 31.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.76 | 29.76 | 29.76 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.18 | 7.18 | 7.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.78 | 31.78 | 31.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.77 | 27.77 | 27.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.70 | 30.70 | 30.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.68 | 27.68 | 27.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.61 | 32.61 | 32.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.61 | 29.61 | 29.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.58 | 28.58 | 28.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.48 | 32.48 | 32.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.50 | 28.50 | 28.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$10,227.71** | **$10,227.71** | **$10,227.71** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pekin Insurance | 7100-000 | N/A | 4,674.00 | 4,674.00 | 584.62 |
| 2 | Trustees of the Cement Masons Pem | 7100-000 | N/A | 28,545.81 | 28,545.81 | 3,570.49 |
| 3 | Fox Valley Laborers' Health & Welfare and Pension | 7100-000 | N/A | 53,354.44 | 53,354.44 | 6,673.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $86,574.25 | $86,574.25 | $10,828.64 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-01931  
**Case Name:** KEEN CONCRETE,INC,

**Period Ending:** 04/24/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 01/21/15 (f)  
**§341(a) Meeting Date:** 02/23/15  
**Claims Bar Date:** 12/31/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Misc. Office Equipment, Computer, Monitor, Print | 600.00 | 0.00 | | 0.00 | FA |
| 2  Chase Bank checking accounts (u)  TO of accounts from Chase Bank | 5,292.80 | 5,292.80 | | 5,292.80 | FA |
| 3  Account receivable; Lamp Inc. (u) | 15,740.00 | 15,740.00 | | 15,740.00 | FA |
| 4  Refund from IRS from 6/2014 for 941 (u) | 23.55 | 23.55 | | 23.55 | FA |
| **4  Assets  Totals** (Excluding unknown values) | **$21,656.35** | **$21,056.35** | | **$21,056.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's accountant is preparing the estate tax returns. After completion and prompt determination response from the IRS, Trustee will prepare the Final Report.

**Initial Projected Date Of Final Report (TFR):** August 15, 2016  **Current Projected Date Of Final Report (TFR):** October 24, 2017 (Actual)

Printed: 04/24/2018 01:37 PM    V.13.32

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-01931  
**Case Name:** KEEN CONCRETE,INC,  

**Taxpayer ID #:** **-***5238  
**Period Ending:** 04/24/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****903966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/15/15 | {2} | J.P. Morgan Chase Bank, N.A. | Collected Receivables | 1221-000 | 5,292.80 | | 5,292.80 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,282.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,272.80 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,262.80 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,252.80 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,242.80 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-01931, Bond Premium | 2300-000 | | 2.69 | 5,240.11 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,230.11 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,220.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,210.11 |
| 05/27/16 | {3} | Lamp Incorporated | Settlement Payment | 1221-000 | 15,740.00 | | 20,950.11 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,940.11 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.04 | 20,907.07 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.98 | 20,878.09 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.94 | 20,845.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.89 | 20,815.26 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.86 | 20,786.40 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 20,754.60 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.76 | 20,724.84 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.78 | 20,693.06 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-01931, Bond #016073584 | 2300-000 | | 7.18 | 20,685.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.77 | 20,658.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.70 | 20,627.41 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.68 | 20,599.73 |
| 05/09/17 | {4} | United States Treasury | Turnover Tax Refund | 1224-000 | 23.55 | | 20,623.28 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.61 | 20,590.67 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.61 | 20,561.06 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.58 | 20,532.48 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.48 | 20,500.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.50 | 20,471.50 |
| 01/02/18 | 103 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $2,855.64, Trustee Compensation; Reference: | 2100-000 | | 2,855.64 | 17,615.86 |
| 01/02/18 | 104 | LOIS WEST, CPA | Dividend paid 100.00% on $1,096.50, | 3410-000 | | 1,096.50 | 16,519.36 |

Subtotals :  $21,056.35  $4,536.99

{} Asset reference(s)

Printed: 04/24/2018 01:37 PM  V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-01931 | | **Trustee:** | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| **Case Name:** | KEEN CONCRETE,INC, | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****903966 - Checking Account |
| **Taxpayer ID #:** | **-***5238 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/24/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Accountant for Trustee Fees (Other Firm);  Reference: | | | | |
| 01/02/18 | 105 | THOMAS E. SPRINGER | Dividend paid 100.00% on $6.72, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 6.72 | 16,512.64 |
| 01/02/18 | 106 | THOMAS E. SPRINGER | Dividend paid 100.00% on $5,684.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,684.00 | 10,828.64 |
| 01/02/18 | 107 | Pekin Insurance | Dividend paid  12.50% on $4,674.00; Claim# 1; Filed: $4,674.00; Reference: | 7100-000 | | 584.62 | 10,244.02 |
| 01/02/18 | 108 | Trustees of the Cement Masons Pem | Dividend paid  12.50% on $28,545.81; Claim# 2; Filed: $28,545.81; Reference: | 7100-000 | | 3,570.49 | 6,673.53 |
| 01/02/18 | 109 | Fox Valley Laborers' Health & Welfare and Pension | Dividend paid  12.50% on $53,354.44; Claim# 3; Filed: $53,354.44; Reference: | 7100-000 | | 6,673.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,056.35 | 21,056.35 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,056.35 | 21,056.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,056.35** | **$21,056.35** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****903966** | 21,056.35 | 21,056.35 | 0.00 |
| | **$21,056.35** | **$21,056.35** | **$0.00** |